NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HAMID MUJAID AUSTIN, DOC #T84660,  )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-4231
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____)

Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.